UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WALTON SWARTZ,<br><br>    Petitioner,<br><br>    vs.<br><br>MATTHEW CATE, Secretary of the CDCR,<br><br>    Respondent. | CASE NO. SA CV 12-00964 DMG (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of RICHARD WALTON SWARTZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: October 15, 2013

*Dolly M. Gee*

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE